E-FILED
Monday, 08 May, 2006  01:52:52 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
ROBERT BAUGHMAN, JR.,              )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )    Case No. 03-1039
                                   )
McCLAIN E-Z PACK, INC,             )
WASTE MANAGEMENT, INC.,            )
                                   )
    Defendants,                    )
_____)
                                   )
McCLAIN E-Z PACK, INC,             )
                                   )
    Third-Party Plaintiff,         )
                                   )
    v.                             )
                                   )
WASTE MANAGEMENT,                  )
CATERPILLAR, INC., and             )
JOHN DOE INSTALLER,                )
                                   )
    Third-Party Defendants.        )
```

# **O R D E R**

Before the Court are Plaintiff Robert Baughman's Motion to Conduct Additional Discovery [Doc. # 157] and Defendant Waste Management Inc.'s Motion to Reconsider this Court's April 26th Order [Doc. # 156].

Since Plaintiff's motion is unopposed, the Court will allow the requested discovery.

However, the Court will deny Waste Management's ("WM's") Motion to Reconsider. Waste Management acknowledges that the testimony of Attorney Smith will discredit the testimony of WM's witness on a central issue in this case. This is why Mr. Smith's motion to testify has been allowed. With the trial date only weeks away, it would not be feasible to require McClain E-Z Pack, Inc.,

to procure new counsel.

IT IS THEREFORE ORDERED that Plaintiff Robert Baughman's Motion to Conduct Additional Discovery [Doc. # 157] is GRANTED.

IT IS FURTHER ORDERED that Defendant Waste Management Inc.'s Motion to Reconsider this Court's April 26th Order [Doc. # 156] is DENIED.

Entered this __8th__ day of May, 2006.

                                              s/ Joe B. McDade
                                                JOE BILLY McDADE
                                    United States District Judge